United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-20336
(Summary Calendar)
_____

ROBERT VEAL,

Plaintiff-Appellant

versus

SCHLUMBERGER TECHNOLOGY CORPORATION;
SCHLUMBERGER LIMITED, SCHLUMBERGER
NV,

Defendants-Appellees

---------------------
Appeal from the United States District Court
for the Southern District of Texas
(4:04-CV-3550)
---------------------

Before SMITH, WIENER and OWEN, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Robert Veal, formerly an employee of Defendants-Appellees ("Schlumberger"), appeals the district court's grant of Schlumberger's motion for summary judgment, dismissing Veal's action, which was grounded in racial discrimination in violation of Title VII and § 1981. Veal was represented by counsel in the district court, but he is proceeding pro se on appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our exhaustive examination of the 5-volume record on appeal, the briefs of the parties, and, especially, the comprehensive and detailed Memorandum and Order signed by the district court on January 31, 2006, satisfies us that summary judgment of dismissal was properly granted in this case. As we agree with the reasoning and rulings of the district court, no useful purpose would be served by our writing further. For essentially the reasons set forth by the district court in its Memorandum and Order, that court's judgment is, in all respects,

AFFIRMED.